# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Jairo J. Reyes          JOINT DEBTOR:                              CASE NO.:
Last Four Digits of SS# 7094          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

      A.    $ 916.36 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 TOTAL PAID $ 2200 Balance Due $ 1450
                      payable $ 725 /month (Months 1 to 2)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                              Arrearage on Petition Date $
Address:                              Arrears Payment    $         /month (Months      to      )
                                      Regular Payment    $         /month (Months      to      )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

    1. None          Total Due $
                 Payable   $         /month (Months     to     ) Regular Payment $

Unsecured Creditors: Pay $ 99.72 /month (Months 1 to 2) and Pay $ 824.72 /month (Months 3 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor surrenders and abandons all interest in the property located at 9102 NW 112 Street, Hialeah Gardens, FL 33018 secured by creditors Citimortgage, Inc and Chase Mortgage.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                              Joint Debtor
Date: 7-14-2015                                       Date:


LF-31 (rev. 01/08/10)