**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**First Amended Plan**

DEBTOR: Jairo J. Reyes    JOINT DEBTOR: _____    CASE NO.: 15-22741-LMI
Last Four Digits of SS# 7094    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 916.36 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 TOTAL PAID $ 2200 Balance Due $ 1450
    payable $ 725 /month (Months 1 to 2)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None _____    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment    $ _____ /month (Months ____ to ____)
    Regular Payment    $ _____ /month (Months ____ to ____)
Account No: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

    1. None _____    Total Due $ _____
    Payable    $ _____ /month (Months ____ to ____) Regular Payment $ _____

Unsecured Creditors: Pay $ 99.72 /month (Months 1 to 2) and Pay $ 824.72 /month (Months 3 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor surrenders and abandons all interest in the property located at 9102 NW 112 Street, Hialeah Gardens, Fl. 33018 secured by creditors Citimortgage, Inc and Chase Mortgage. Debtor surrenders and abandons all interest in the 2010 TOYOTA RAV4-4 CYL secured by creditor FIFTH THIRD BANK.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____    _____
Debtor    Joint Debtor
Date: 8/28/15    Date: _____

LF-31 (rev. 01/08/10)

Case 15-22741-LMI    Doc 25    Filed 08/28/15    Page 2 of 2