# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### Second Amended Plan

DEBTOR: Jairo J. Reyes        JOINT DEBTOR:                        CASE NO.: 15-22741-LMI
Last Four Digits of SS# 7094        Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1566.88  for months 1 to 60; in order to pay the following creditors:

Administrative:        Attorney's Fee - $ 3650 TOTAL PAID $ 2200 Balance Due $ 1450
                       payable $ 725 /month (Months 1 to 2)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                              Arrearage on Petition Date  $
Address:                             Arrears Payment    $_____/month (Months _____ to _____)
                                     Regular Payment    $_____/month (Months _____ to _____)
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

    1. None              Total Due  $
                         Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $685.20/month (Months 1 to 2) and Pay $ 1410.20 /month (Months 3 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor surrenders and abandons all interest in the property located at 9102 NW 112 Street, Hialeah Gardens, FL 33018 secured by creditors Citimortgage, Inc and Chase Mortgage. Debtor surrenders and abandons all interest in the 2010 TOYOTA RAV4-4 CYL secured by creditor FIFTH THIRD BANK.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

      /s/Robert Sanchez, Esq.
Attorney for the Debtor                              Joint Debtor
Date: 9-16-2015                                      Date:


LF-31 (rev. 01/08/10)